MEMORANDUM OPINION



No. 04-09-00034-CV



Reynaldo M. CORTEZ,


Appellant



v.



STATE of Texas, County of Bexar, City of San Antonio, 

San Antonio Independent School District,

Appellees



From the 288th Judicial District Court, Bexar County, Texas


Trial Court No. 2001-TA1-04067


Honorable Karen Pozza, Judge Presiding



PER CURIAM


Sitting: Phylis J. Speedlin, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: March 4, 2009


DISMISSED

 Appellant has filed an agreed motion to dismiss the appeal. Therefore, the motion is granted
and the appeal is dismissed. See Tex. R. App. P. 42.1(a)(2), 43.2(f). Costs of the appeal are taxed
against the parties who incurred them.

 PER CURIAM